# EXHIBIT A



AlaFile E-Notice

47-CV-2017-900357.00

Judge: RUTH ANN HALL

To: SINIARD THOMAS HOYT
siniard@law-injury.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CAROL CATLETT V. OUTBACK STEAKHOUSE OF FLORIDA, LLC D/B/A
47-CV-2017-900357.00

The following matter was served on 3/6/2017

**D001 OUTBACK STEAKHOUSE OF FLORIDA, LLC**
**Corresponding To**
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900357.00
Judge: RUTH ANN HALL

To: SINIARD THOMAS BARTON
bart.siniard@law-injury.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CAROL CATLETT V. OUTBACK STEAKHOUSE OF FLORIDA, LLC D/B/A
47-CV-2017-900357.00

The following matter was served on 3/6/2017

**D001 OUTBACK STEAKHOUSE OF FLORIDA, LLC**
**Corresponding To**
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900357.00
Judge: RUTH ANN HALL

To: MESSERVY WILLIAM LEE
william.messervy@law-injury.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CAROL CATLETT V. OUTBACK STEAKHOUSE OF FLORIDA, LLC D/B/A
47-CV-2017-900357.00

The following matter was served on 3/6/2017

**D001 OUTBACK STEAKHOUSE OF FLORIDA, LLC**
**Corresponding To**
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Outback Steakhouse of Florida, LLC
6 office Park Circle #100
Mountain Brook, AL 35223

9590 9402 1309 5285 7572 60

2. Article Number (Transfer from service label)

7015 3430 0000 2455 4632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): D. Lloyd
C. Date of Delivery: 3/6/17

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:


FILED IN OFFICE
MAR 08 2017
DEBRA KIZER
Clerk, Circuit Court Madison Co.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery
    ...500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**USPS TRACKING #**



9590 9402 1309 5285 7572 60

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

Madison County Courthouse
100 North Side Square
Huntsville, AL 35801

CV17-900357



| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>47-CV-2017-900357.00 |
|---|---|---|

IN THE CIRCUIT COURT OF MADISON COUNTY
CAROL CATLETT V. OUTBACK STEAKHOUSE OF FLORIDA, LLC

NOTICE TO  OUTBACK STEAKHOUSE OF FLORIDA, LLC, D/B/A OUTBACK STEAKHOUSE 6 OFFICE PARK CIRCLE #100, MOUNTAIN BROOK, AL 35223

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY THOMAS H SINIARD

WHOSE ADDRESS IS 125 HOLMES AVENUE, HUNTSVILLE, AL 35801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  CAROL CATLETT
pursuant to the Alabama Rules of the Civil Procedure
Date  3/3/2017 11:15:42 AM      /s/ DEBRA KIZER
Clerk/Register
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801

☑ Certified Mail is hereby requested        /s/ THOMAS H SINIARD
                                             Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____ (Date)

_____          _____          _____
Date                   Server's Signature     Address of Server

_____          _____          _____
Type of Server         Server's Printed Name
                                              Phone Number of Server



AlaFile E-Notice

47-CV-2017-900357.00

To: THOMAS H SINIARD
siniard@law-injury.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CAROL CATLETT V. OUTBACK STEAKHOUSE OF FLORIDA, LLC
47-CV-2017-900357.00

The following complaint was FILED on 3/3/2017 11:15:42 AM

Notice Date:    3/3/2017 11:15:42 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900357.00

To: OUTBACK STEAKHOUSE OF FLORIDA, LLC
D/B/A OUTBACK STEAKHOUSE
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35223

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CAROL CATLETT V. OUTBACK STEAKHOUSE OF FLORIDA, LLC
47-CV-2017-900357.00

The following complaint was FILED on 3/3/2017 11:15:42 AM

Notice Date:    3/3/2017 11:15:42 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



ELECTRONICALLY FILED
3/3/2017 11:15 AM
47-CV-2017-900357.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CAROL CATLETT,

    *Plaintiff,*

vs.                               CV-2017-

OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a OUTBACK STEAKHOUSE; Fictitious Defendant A, being the correct legal name of the entity identified herein as Outback Steakhouse of Florida, LLC d/b/a Outback Steakhouse; Fictitious Defendants B, C, D being the correct legal name of the individual, corporation, or other entity that owned and/or operated the health/fitness center where plaintiff's claims arose at the times set forth herein; Fictitious Defendants E, F, G being the correct legal name of the individual, corporation, or other entity that is legally responsible for the injuries to plaintiff as described herein; Fictitious Defendants H, I, J, the person, firm or corporation responsible for the accident made the basis of this suit; Fictitious Defendants K, L, M, the person, firm, corporation or other legal entity guilty of negligence and/or wantonness as set forth in the Complaint; Fictitious Defendants N, O, P, the person, firm, corporation or other entity legally responsible for the legal wrongs referred to in the Complaint, all of whose true names are otherwise unknown but will be added by amendment when ascertained; Fictitious Defendant Q, whether singular or plural, being that entity who or which was doing business as Outback Steakhouse at the time of the occurrence made the basis of plaintiff's complaint; Fictitious Defendant R, whether singular or plural, being that entity other than those entities described above, who or which is the successor in interest of those entities described above. There may be other entities whose true names and identities are unknown to the Plaintiff at this time who may be legally responsible for the claim(s) set forth herein. The true names and identities will be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with ARCP 9(h). The word entity as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership, any and all types of corporations and unincorporated associations.

    *Defendants*                     )

## COMPLAINT

1.     Plaintiff, Carol Catlett, is a resident of Madison County, Alabama, and is over the age of nineteen (19) years of age.

2. Defendant, Outback Steakhouse of Florida, LLC d/b/a Outback Steakhouse (hereinafter "Outback"), is a foreign corporation doing business at 4777 Whitesburg Drive in the City of Huntsville, Madison County, Alabama.

3. The true names and identities of the other named defendants are unknown to plaintiff at this time and will be added by amendment in accordance with Rule 9 (h) of the Alabama Rules of Civil Procedure when the true names and identities are ascertained.

4. The accident complained of herein occurred in Madison County, Alabama and the amount in controversy exceeds $10,000.

## COUNT ONE -- NEGLIGENCE

5. Plaintiff adopts and realleges the allegations in Paragraphs 1 through 4 as if they were set out in full.

6. On or about January 8, 2017, Outback and Fictitious Defendants A-R, a restaurant open to the public, owed Carol Catlett a duty to exercise reasonable care and diligence to keep its premises in a reasonably safe condition and/or to warn of known dangers or dangers that should have been known.

7. On or about January 8, 2017, Outback and Fictitious Defendants A-R breached its duty and/or acted negligently by failing to properly maintain the premises and by failing to warn of known dangers or dangers that should have been known.

8. As a direct and proximate result of Outback and Fictitious Defendants A-R's negligence, Carol Catlett suffered the following injuries and damages:

 a) bodily injury;
 b) the cost of hospital, physician, therapy and pharmaceutical bills;
 c) future medical expenses;
 d) pain and suffering;
 e) future pain and suffering;
 f) permanent impairment and/or disfigurement;
 g) loss of earnings;
 h) loss of ability to earn;
 i) mental anguish and future mental anguish; and
 j) avocational losses.

**WHEREFORE**, Plaintiff, Carol Catlett, demands judgment against defendants, Outback Steakhouse of Florida, LLC d/b/a Outback Steakhouse and Fictitious Defendants A-R, in an amount that a jury deems appropriate under the circumstances, plus the costs of this action.

## COUNT TWO -- WANTON CONDUCT

9. On or about January 8, 2017, Outback and Fictitious Defendants A-R, a restaurant open to the public, owed Carol Catlett a duty to exercise reasonable care and diligence to keep its premises in a reasonably safe condition and/or to warn of known dangers or dangers that should have been known.

10. On or about January 8, 2017, Outback and Fictitious Defendants A-R breached its duty and/or acted wantonly by failing to properly maintain the premises and by failing to warn of known dangers or dangers that should have been known.

11. Outback breached its duty with a reckless and/or conscious disregard of the rights and safety of others as set forth in § 6-11-20(a)(3), Ala. Code 1975.

12. As a direct and proximate result of Outback and Fictitious Defendants A-R's wanton conduct, Carol Catlett suffered the following injuries and damages:

    a) bodily injury;
    b) the cost of hospital, physician, therapy and pharmaceutical bills;
    c) future medical expenses;
    d) pain and suffering;
    e) future pain and suffering;
    f) permanent impairment and/or disfigurement;
    g) loss of earnings;
    h) loss of ability to earn;
    i) mental anguish and future mental anguish; and
    j) avocational losses.

13. Carol Catlett is entitled to punitive damages.

**WHEREFORE**, Plaintiff, Carol Catlett, demands judgment against defendants, Outback Steakhouse of Florida, LLC d/b/a Outback Steakhouse and Fictitious Defendants A-R, in an amount that a jury deems appropriate under the circumstances, plus the costs of this action.

## COUNT THREE – NEGLIGENCE – CO-EFFICIENT OF FRICTION

14. Plaintiff adopts and realleges the allegations in Paragraphs 1 through 13 as if they were set out in full.

15. On or about January 8, 2017, Outback, as the owners/operators of a restaurant open to the public, knew or should have known the floor in the restaurant made the basis of this complaint, had an unsafe co-efficient of friction and was not in

compliance with ANSI Standard 101.1-2009, which floor/flooring created a serious fall hazard for users, including Carol Catlett as well as other customers and employees.

16. On or about January 8, 2017, Outback knew or should have known that the flooring at the restaurant made the basis of this litigation was non-compliant with ANSI Standards and other safety protocol/standards. The defendants had a duty to make certain that the floors of their restaurant were in compliance with ANSI Standard 101.1-2009 and/or were otherwise safe for customers/employees. The defendants breached this duty in that they either: 1.) negligently determined that the floors were non-compliant and failed to rectify, remove, retrofit, or limit the hazard created by hazardous flooring in the restaurant; or 2.) that they were negligent in failing to determine whether the floors were in compliance with ANSI Standard 101.1-2009 and other safety protocol/standards.

17. As a direct and proximate result of the negligence of Outback and Fictitious Defendants A-R, Carol Catlett suffered the following injuries and damages:

  a)   bodily injury;
  b)   the cost of hospital, physician, therapy and pharmaceutical bills;
  c)   future medical expenses;
  d)   pain and suffering;
  e)   future pain and suffering;
  f)   permanent impairment and/or disfigurement;
  g)   loss of earnings;
  h)   loss of ability to earn;
  i)   mental anguish and future mental anguish; and
  j)   avocational losses.

**WHEREFORE**, Plaintiff, Carol Catlett, demands judgment against defendants, Outback Steakhouse of Florida, LLC d/b/a Outback Steakhouse and Fictitious Defendants A-R, in an amount that a jury deems appropriate under the circumstances, plus the costs of this action.

**COUNT FOUR – WANTONNESS – CO-EFFICIENT OF FRICTION**

18. Plaintiff adopts and realleges the allegations in Paragraphs 1 through 17 as if they were set out in full.

19. On or about January 8, 2017, Outback, as the owners/operators of a restaurant open to the public, knew or should have known the floor in the restaurant made the basis of this complaint, had an unsafe co-efficient of friction and was not in compliance with ANSI Standard 101.1-2009, which floor/flooring created a serious fall hazard for users, including Carol Catlett as well as other customers and employees.

20. On or about January 8, 2017, Outback knew or should have known that the flooring at the restaurant made the basis of this litigation was non-compliant with ANSI

Standards and other safety protocol/standards. The defendants had a duty to make certain that the floors of their restaurant were in compliance with ANSI Standard 101.1-2009 and/or were otherwise safe for customers/employees. The defendants breached this duty in that they either: 1.) wantonly determined that the floors were non-compliant and failed to rectify, remove, retrofit, or limit the hazard created by hazardous flooring in the restaurant; or 2.) that they were wanton in failing to determine whether the floors were in compliance with ANSI Standard 101.1-2009 and other safety protocol/standards.

21. Outback breached their duty with a reckless and/or conscious disregard of the rights and safety of others as set forth in § 6-11-20(a)(3), Ala. Code 1975.

22. As a direct and proximate result of Outback and Fictitious Defendants A-R's wanton conduct, Carol Catlett suffered the following injuries and damages:

    a) bodily injury;
    b) the cost of hospital, physician, therapy and pharmaceutical bills;
    c) future medical expenses;
    d) pain and suffering;
    e) future pain and suffering;
    f) permanent impairment and/or disfigurement;
    g) loss of earnings;
    h) loss of ability to earn;
    i) mental anguish and future mental anguish; and
    j) avocational losses.

23. Carol Catlett is entitled to punitive damages.

**WHEREFORE**, Plaintiff, Carol Catlett, demands judgment against defendants, Outback Steakhouse of Florida, LLC d/b/a Outback Steakhouse and Fictitious Defendants A-R, in an amount that a jury deems appropriate under the circumstances, plus the costs of this action.

## GENERAL AVERMENTS

24. Plaintiff adopts and realleges the allegations in Paragraphs 1 through 23 as if they were set out in full.

25. In addition to the specific allegations set forth above, plaintiff further avers that the negligence or wantonness of all defendants combined and concurred to cause the plaintiff's injuries.

26. Plaintiff avers that each fictitiously described defendant negligently and/or wantonly failed to properly maintain the premises and failed to warn of known dangers or dangers that should have been known. The true names and identities of each fictitiously described defendant is unknown to plaintiff at this time and will be added by amendment

5

in accordance with Rule 9 (h) of the Alabama Rules of Civil Procedure when the true names and identities are ascertained.

WHEREFORE, plaintiff demands judgment against the defendants in an amount that a jury deems appropriate under these circumstances, plus the costs of this action.

Done this the 3rd day of March, 2017.

/s/ Tommy H. Siniard
Tommy H. Siniard (SIN008)

/s/ William L. Messervy
William L. Messervy (MES011)

/s/ Bart Siniard
Bart Siniard (SIN 027)

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**

/s/ Tommy H. Siniard
Tommy H. Siniard (SIN008)

*Siniard, Timberlake & League, P.C.*
Attorneys for Plaintiffs
125 Holmes Avenue
Post Office Box 2767
Huntsville, AL 35804
Telephone:  (256) 536-0770
Facsimile:  (256) 539-0540
siniard@law-injury.com
william.messervy@law-injury.com
bart.siniard@law-injury.com

SERVE DEFENDANT BY CERTIFIED MAIL:

Outback Steakhouse of Florida, LLC d/b/a Outback Steakhouse
c/o Corporate Creations Network, Inc., Registered Agent
6 Office Park Circle #100
Mountain Brook, Alabama  35223

Plaintiff's Mailing Address is as follows:

Carol Catlett
115 Shoals Road
Meridianville, Alabama 35759

7

DOCUMENT 1

ELECTRONICALLY FILED
3/3/2017 11:15 AM
47-CV-2017-900357.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>47<br>Date of Filing:<br>03/03/2017 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### CAROL CATLETT v. OUTBACK STEAKHOUSE OF FLORIDA, LLC

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** SIN008

3/3/2017 11:15:17 AM
Date

/s/ THOMAS H SINIARD
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED